THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
ENRIQUE M. JUAREZ (State Bar No: 269840)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
MARLA K. LETELLIER, CSBN 23496
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    Email: marla.letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLOS TRUJILLO LANDEROS, | ) Case No. EDCV 17-122-SP |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES** |
| ANDREW M. SAUL[1], Acting | ) **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

---

[1] Initially, Plaintiff commenced this action against Nancy A. Berryhill, Acting Commissioner of the Social Security Administration.  On June 4, 2019, Andrew M. Saul became the Commissioner of the Social Security Administration, replacing Acting Commissioner Nancy A. Berryhill.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul should be substituted, therefore, for Acting Nancy A. Berryhill as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND THREE HUNDRED and SEVENTY-SIX Dollars and 70cents [$4,376.70] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: June 20, 2019

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE